Firm Name and Style of STUYVESANT GARAGE, Respondents, v. CHARLES BELLINGER, Appellant.— Motion to dismiss appeal granted, by default, with ten dollars costs.

CLUETT & SONS, INCORPORATED, and Others, Respondents, v. LEWIS R. COLDWELL, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant perfects appeal on or before October 20, 1931, and pays said costs, in which event the motion is denied.

RUSSELL GRAHAM, Respondent, v. WILLIAM GARDINER, Appellant.— Motion to dismiss appeal granted, by default, with ten dollars costs.

MORRIS KUPFERSCHMIDT, Appellant, v. FIRST NATIONAL BANK OF WOODRIDGE (a Banking Corporation), Respondent.— Motion to dismiss appeal from order of June 29, 1931, granted, with ten dollars costs. Motion for extension of time in which to perfect appeal from the judgment is granted, and the plaintiff, appellant's time to perfect his appeal is extended to and including October 20, 1931. In the event that defendant's Exhibit "A" is located by defendant's attorney it may be used upon the argument of the appeal with the same force and effect as if printed in the record.

SAMUEL D. MATTHEWS, Respondent, v. TRUAX, CARSLEY & COMPANY, LIMITED, and MOUNTAIN GAS COMPANY, INC., Appellants.— Motion to dismiss appeal granted, with ten dollars costs.

CLARA L. MILLER, Appellant, v. SARAH REDMOND, Respondent— Motion to dismiss appeal granted, by consent, without costs.

SAM ROSEN, Appellant, v. PHILIP GARBER, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless, on or before October 20, 1931, the appellant perfects his appeal, files and serves printed record on appeal, and pays said costs, in which event the motion is denied.

SADIE L. SHAPIRO, Respondent, v. HENRY W. SIEGEL and Another, Appellants.— Motion to dismiss appeal granted, by default, with ten dollars costs.

E. A. STROUT REALTY AGENCY, INC., Respondent, v. KENNETH FROST, Appellant.— Motion to dismiss appeal granted, unless the appellant perfects his appeal and is ready for argument at the next term, in which event the motion is denied.

JOHN TANCREDI, Respondent, v. MICHAEL DEVASTO, Appellant.— Motion to dismiss appeal from judgment for $5,499.87 dismissed, by default, with ten dollars costs.

JOHN TANCREDI, Respondent, v. MICHAEL DEVASTO, Appellant.— Motion to dismiss appeal from judgment for $37,789.08 dismissed, by default, with ten dollars costs.

WANDER BROS., INC., Appellant, v. ROBIE F. OSBORN, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant perfects appeal on or before October 20, 1931, and pays said costs, in which event the motion is denied.

LOREN D. WOODWARD, Respondent, v. JOHN M. WEEKES, Appellant.— Motion to dismiss appeal granted, by default, with ten dollars costs.

FREDERICK WILLIAM YOUMANS, Respondent, v. ATTLEBORO BRAIDING COMPANY, Appellant. ARTHUR F. CURTIS, Respondent, v. ATTLEBORO BRAIDING COMPANY, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless, on or before October 20, 1931, the appellant makes, files and serves case on appeal, and pays said costs, in which event the motion is denied.